UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-6707-MJ-HUNT

UNITED STATES OF AMERICA

v.

MARIO ROLANDO SANCHEZ SEVILLA,

    Defendant.
_____/

FILED BY ___AT___ D.C.
Dec 5, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   No

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   No

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   No

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   No

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

BY: _____
Michael A. Augustin
Assistant United States Attorney
Court ID No. A5502702
500 East Broward Blvd.
Fort Lauderdale, Florida 33394
Tel: 786-761-3151
Email: michael.augustin@usdoj.gov

AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. **25-6707-MJ-HUNT** |
| MARIO ROLANDO SANCHEZ SEVILLA, | ) | |
| Defendant(s) | ) | |

FILED BY ____AT____ D.C.
**Dec 5, 2025**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 23, 2025 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(5) | Possession of a Firearm by an Alien |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_
Daniel Rendueles, Enforcement ad Removal Operations
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 12/05/2025

_Judge's signature_

City and state: Fort Lauderdale, Florida    Honorable Patrick M. Hunt, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Daniel Rendueles, being first duly sworn, hereby depose and state the following:

1. I am a federal officer with the United States Department of Homeland Security ("DHS"), Immigration and Customs Enforcement ("ICE"), Enforcement ad Removal Operations ("ERO") and have been so employed since November 2017. My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, and other federal criminal offenses contained in Title 8 and 18 of the United States States Code, to include the reentry of illegal aliens into the United States. During my 7 years of law enforcement experience, I have participated in numerous criminal and administrative immigration-related investigations. I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

2. This Affidavit is being submitted for the limited purpose of establishing probable cause to believe that Mario Rolando SANCHEZ SEVILLA ("SANCHEZ SEVILLA") committed the offense of Possession of a Firearm by an Alien Unlawfully present in the United States, in violation of Title 18, United States Code, Section 922(g)(5).

3. The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officers and support personnel, and my review of the evidence. Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested complaint and arrest warrant, I have not included every fact known to law enforcement.

## FACTS IN SUPPORT OF PROBABLE CAUSE

4. On or about November 23, 2025, Broward Sheriff's Office (BSO) deputies responded to reports of gunshots at 501 NW 35th Court, Pompano Beach, Florida. Upon arrival, deputies detained four individuals believed to be involved in the shots-fired incident, once of which was later identified as SANCHEZ SEVILLA.

5. Considering that BSO was responding to a gunshot reports, BSO deputies patted the four individuals. During the pat down of SANCHEZ SEVILLA, law enforcement discovered (on SANCHEZ SEVILLA's person) a Cobra revolver, .38 Special caliber, black finish, Serial Number F761954, loaded with 5 live rounds and 1 spent round.  The state did not charge SANCHEZ SEVILLA for the firearm possession.

6. BSO deputies attempted to identify SANCHEZ SEVILLA and requested his identification, and SANCHEZ SEVILLA presented a Florida identification card that was later determined to be counterfeit.  The card document lacked required security features and proper formatting, making it immediately apparent that it was counterfeit.

7. Considering the totality of the circumstances of SANCHEZ SEVILLA knowingly presenting a fraudulent Florida identification card to law enforcement, BSO deputies arrested him for possession of a counterfeit identification card.  *See* Fla. Stat. § 322.212.

8. On his person, law enforcement also located SANCHEZ SEVILLA's Honduran national identification card corroborating that SANCHEZ SEVILA is a Honduran without citizenship.

9. BSO eventually learned that SANCHEZ SEVILA was unlawfully present in the United States.  In turn, BSO contacted ICE authorities, who later took custody of SANCHEZ SEVILLA and brought him to ICE Miramar Office.  ICE Miramar charged him with Immigration and Nationality Act Sections 212(a)(7)(A)(i), Section 212(a)(6)(A)(i).

10. The Affiant has communicated with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), who inspected the firearm.  According to the ATF, this handgun manufactured outside the State of Florida and had therefore traveled in interstate or foreign commerce prior to the arrest date.

### *SANCHEZ SEVILLA Immigration History*

11. During his ICE booking, ICE obtained SANCHEZ SEVILA's fingerprint match and confirmed SANCHEZ SEVILLA's identity, linking him in the Automated Biometric Identification System and the Next Generation Identification system.

12. Computer Records confirm that SANCHEZ SEVILLA is a citizen and national of Honduras. A search of the records maintained by the United States Citizenship and Immigration Services further disclosed that SANCHEZ SEVILLA has no record of lawful admission, visa issuance, or valid immigration status to remain in the United States.

### **CONCLUSION**

13. Based upon the foregoing, there is probable cause to believe that SANCHEZ SEVILLA, an alien unlawfully present in the United States, did knowingly possess a firearm on November 23, 2025, in violation of Title 18, United States Code, Section 922(g)(5).

FURTHER YOUR AFFIANT SAYETH NAUGH

_____
Daniel Rendueles, ICE Deportation Officer
Immigration and Customs Enforcement

Attested to by the applicant in accordance with FED. R. CRIM. P. 4.1 in
Fort Lauderdale by FaceTime this 5th day of December 2025.

_____
HONORABLE PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE